UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VINCENT VDOKAKES,

                            Plaintiff,                   **STIPULATION**

    -against-

                                                          Doc. No. CV 03 0452

CROWN CONTAINER CORPORATION,

                            Defendant.
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that this action is **DISMISSED** and **DISCONTINUED** with prejudice and without costs.

Dated: Carle Place, New York
       May 4, 2004

LEEDS, MORELLI & BROWN, P.C.                 KEVIN P. QUILL, ESQ.

By: _____      By: _____
    Rick Ostrove (RO-7248)                       Kevin P. Quill (KQ-8072)
    Attorneys for Plaintiff                            Attorneys for Defendant
    One Old Country Road, Suite 347            1 Hunter Street
    Carle Place, New York 11514                 Long Island City, New York 11101
    (516) 873-9550                                   (516) 741-6135